IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STARSTONE NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIFECO CAPITAL FUND II, LLC, FIFECO PROPERTIES, LLC, FIFECO PROPERTY MANAGEMENT, LLC, and MARCUS MOREHEAD,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>1:20-cv-00759-WMR |
| FIFECO CAPITAL FUND II, LLC, FIFECO PROPERTIES, LLC, FIFECO PROPERTY MANAGEMENT, LLC,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>TOP FLOOR INSURANCE, LLC,<br><br>Third-Party Defendant. | CIVIL ACTION FILE NO.:<br><br>1:20-cv-00759-WMR |

**ORDER**

This matter is before the Court on Defendant Marcus Morehead's Motion to Dismiss Plaintiff StarStone National Insurance Company's Complaint for Failure to

1

State a Claim [Doc. 24]. This Court held a hearing on the Motion on August 3, 2020, via ZOOM, during which the Court heard oral argument from counsel for Defendant Morehead, counsel for Plaintiff StarStone, as well as a brief argument from counsel for Defendants Fifeco Capital Fund II, LLC, Fifeco Properties, LLC, and Fifeco Property Management, LLC. Upon due consideration of the pleadings, oral argument of counsel, and all applicable law, Defendant Morehead's Motion to Dismiss [Doc. 24] is hereby **DENIED**.

    **IT IS SO ORDERED** this 4th day of August, 2020.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE