UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STARSTONE NATIONAL INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>FIFECO CAPITAL FUND II, LLC, FIFECO PROPERTIES, LLC, FIFECO PROPERTY MANAGEMENT, LLC, and MARCUS MOREHEAD,<br><br>   Defendants. | CIVIL ACTION FILE<br>1:20-CV-00759-WMR |
| FIFECO CAPITAL FUND II, LLC, FIFECO PROPERTIES, LLC, and FIFECO PROPERTY MANAGEMENT, LLC,<br><br>   Third-Party Plaintiffs,<br><br>v.<br><br>TOP FLOOR INSURANCE, LLC,<br><br>   Third-Party Defendant. | CIVIL ACTION FILE<br>1:20-CV-00759-WMR |

**CONSENT SECOND AMENDED SCHEDULING ORDER**

The Court, having reviewed the Joint Motion for Second Amended Scheduling Order ("Motion"), and finding good cause to grant the Motion, GRANTS the Motion and ORDERS that the following deadlines reflected in the Court's Scheduling Order (Doc. 55) are hereby modified: (a) the discovery deadline is extended to **May 31, 2021**; (b) any Motions for Summary Judgment must be filed by **June 30, 2021**; and (c) if no Motions for Summary Judgment are filed, the Proposed Consolidated Pretrial Order will be due on **July 31, 2021.**

SO ORDERED on January 22, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

**<u>Order Proposed By</u>**:

Joseph Jackson Harris
Ga. Bar No. 094900
Kim M. Jackson
Ga. Bar No. 930294
BOVIS, KYLE, BURCH &
MEDLIN, LLC
200 Ashford Center North, Ste. 500
Atlanta, GA 30338-2668
Tel: 770-391-9100
jharris@boviskyle.com
kjackson@boviskyle.com

*Attorneys for Plaintiff StarStone National Insurance Company*

Jeffrey D. Diamond
Ga. Bar No. 599994
LAW OFFICES OF JEFFREY D. DIAMOND
115 Perimeter Center Place
South Terraces, Suite 425
Atlanta, Georgia 30346
Tel: (770) 407-7303
jdiamond@diamlaw.com

*Attorneys for Defendants and Third-Party Plaintiffs Fifeco Capital Fund II, LLC, Fifeco Properties, LLC, and Fifeco Property Management, LLC*

Duane L. Cochenour
Ga. Bar No. 503901
Nneka A. Egwuatu
Ga. Bar No. 864198
HALL BOOTH SMITH, PC
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303-1775
Tel: 404-954-5000
dcochenour@hallboothsmith.com
negwuatu@hallboothsmith.com

*Attorneys for Third-Party Defendant Top Floor Insurance, LLC*

Naveen Ramachandrappa
Ga. Bar No. 422036
BONDURANT, MIXSON &
ELMORE, LLP
1201 W Peachtree St NW, Ste 3900
Atlanta, GA 30309
Tel: 404-881-4151
Fax: 404-881-4111
*ramachandrappa@bmelaw.com*

*Attorneys for Defendant Marcus Morehead*